Stuart R. Fraenkel (State Bar No. 173991)
Nicole Andersen (State Bar No. 281218)
**NELSON & FRAENKEL LLP**
601 S. Figueroa St., Suite 2050
Los Angeles, CA 90017
Tel.: 844-622-6469
Fax: 213-622-6019
Email: stuart@nflawfirm.com
Email: nandersen@nflawfirm.com

Justin T. Green (applicant *pro hac vice*)
Erin R. Applebaum (applicant *pro hac vice*)
Vincent C. Lesch III (*pro hac vice*)
**KREINDLER & KREINDLER LLP**
485 Lexington Ave., 28th Floor
New York, NY 10017
Tel: 212-687-8181
Fax: 212-972-9432
Email: jgreen@kreindler.com
Email: eapplebaum@kreindler.com
Email: vlesch@kreindler.com

Attorneys for Plaintiff
CURTIS FLYNN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| CURTIS FLYNN,<br><br>            Plaintiff,<br><br>     v.<br><br>SWISS INTERNATIONAL AIR LINES AG,<br>and SWISS INTERNATIONAL AIR LINES, LTD.,<br><br>            Defendants. | **CASE NO. 5:23-cv-01942-SSS-SPx**<br><br>**NOTICE OF SETTLEMENT** |

1

1  Plaintiff CURTIS FLYNN, by and through his respective attorneys, NELSON &
2  FRAENKEL LLP and KREINDLER & KREINDLER LLP, respectfully notify the Court
3  that this matter has been settled, subject to finalizing a release. Plaintiff respectfully
4  requests 60 days within which to finalize the release and confirm the details of settlement
5  before filing a stipulation of dismissal.

Date: December 20, 2023

Respectfully submitted,
NELSON & FRAENKEL, LLP

By:  /s/ Nicole C. Andersen
Nicole C. Andersen
Stuart R. Fraenkel

KREINDLER & KREINDLER LLP
Vincent C. Lesch III

*Attorneys for Plaintiff*
*Curtis Flynn*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2023, a true and correct copy of Plaintiff's Notice of Settlement was served via email on counsel for Defendants listed below:

Christopher Carlsen
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
Christopher.carlsen@clydeco.us

Date: December 20, 2023                    NELSON & FRAENKEL, LLP

                                           By:     /s/ Nicole C. Andersen
                                                   Nicole C. Andersen
                                                   Stuart R. Fraenkel

                                                KREINDLER & KREINDLER LLP
                                                   Vincent C. Lesch III

                                                *Attorneys for Plaintiff*
                                                *Curtis Flynn*